UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                               :
YOLANDA POZO
                                               :
                  Plaintiff,                     06 Civ. 2004 (KNF)
                                               :
   -against-                                STIPULATION AND
                                               :       ORDER OF DISMISSAL
GUSIF J. KHAN, et al.
                                               :
                  Defendants,
                                               :
----------------------------------------X

      It having been reported to this Court that the above entitled action has been settled,

      It is, on this 8TH. day of November, 2007.

      ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice and without costs provided that within one hundred twenty (120) days of the date of this Order, the action may be restored to the Court's calendar for good cause shown.

Dated:  New York, New York
       November 8, 2007

CONSENTED TO:
Law Office of Michael Faillace              Meltzer Lippe Goldstein &
                                                      Breitstone

By: Michael Faillace, Esq.                  By: Richard Howard
Attorney for Plaintiff                       Attorney for Defendants


Dated:  New York, New York
       November 12, 2007

                                                     SO ORDERED:

                                                     HON. Kevin Nathaniel Fox
                                                     United States Magistrate Judge